1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAIMEY GARRETT, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CJS SOLUTIONS GROUP, LLC d/b/a THE HCI GROUP,<br><br>  Defendant. | No. 2:17-cv-00114-SAB<br><br>**ORDER ENTERING**<br><br>**DISMISSAL UNDER RULE 41(a)** |

　　Before the Court is the Plaintiff's Notice of Dismissal pursuant to Rule 41(a). ECF No. 12. Plaintiff seeks to voluntarily dismiss this case. Because the Court is unaware of opposing party serving an answer in this case, the dismissal is without prejudice and without costs or fees to any party.

//
//
//
//
//
//
//
//

**ORDER ENTERING DISMISSAL UNDER RULE 41(a)** + 1

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Notice of Dismissal pursuant to Rule 41(a), ECF No. 12, is **ENTERED** into the record.

2. All of Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.** Each side shall bear its own costs and fees.

3. Any pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **CLOSE** the file.

**DATED** this 10th day of April, 2017.



Stanley A. Bastian
United States District Judge

**ORDER ENTERING DISMISSAL UNDER RULE 41(a) + 2**